EAST BATON ROUGE PARISH
Filed Jul 22, 2020 7:53 AM
Deputy Clerk of Court
E-File Received Jul 21, 2020 6:25 PM

C-698112
21/D

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF
EAST BATON ROUGE

STATE OF LOUISIANA

CASE NO.:                                                        DIVISION " "

LINDA WEST

VERSUS

WAL-MART STORES, INC. AND JANE DOEE

FILED: _____          _____
                                                                            DEPUTY CLERK

**PETITION FOR DAMAGES**

The petition of **LINDA WEST**, a resident of the Parish of East Baton Rouge, State of Louisiana respectfully represents to this Honorable Court as follows:

1.

Jurisdiction in this matter is proper, pursuant to Article 2 of the Louisiana Code of Civil Procedure.

2.

Venue in this matter is proper, pursuant to Article 74 of the Louisiana Code of Civil Procedure.

3.

Defendant, Wal-Mart Stores, Inc., is a foreign corporation that operates a Wal-Mart Store (Store #2132) at 10606 North Mall Drive in Baton Rouge, Louisiana.

4.

Defendant, Jane Doe, is an employee of Wal-Mart Stores, Inc. and a resident of the State of Louisiana who was working at Store #2132 on July 21, 2019.

5.

The above-named defendant is indebted unto the plaintiff for all amounts reasonable under the premises, together with legal interest thereon from the date of judicial demand and for all costs of these proceedings for the following reasons, to-wit:

6.

On July 21, 2019, Linda West was shopping at the Wal-Mart Store located at 10606 North Mall Drive (#2132) in Baton Rouge.

Certified True and
Correct Copy
CertID: 2020072200225

*Megan Bullett*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/22/2020 10:15 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT "A"

7.

While near the checkout area, a Wal-Mart employee, Jane Doe, carelessly threw cleaning liquid in the direction of Ms. West.

8.

The container began spraying a strong cleaning liquid into the eyes and on the face of Ms. West.

9.

Ms. West developed excruciating pain in her eyes and on her face, as a result of the actions of Jane Doe.

10.

Despite the gross negligence of Jane Doe, the assistant store manager did not draft an incident report to memorialize the incident, pursuant to standard operating procedure.

11.

Equally egregious, the assistant store manager did not allow Ms. West access to a cleaning station at the store so that she could clean her eyes and deal with this emergency situation.

12.

Ms. West later requested the chemicals that composed the cleaning liquid; however, Wal-Mart refused to provide this information, thus further compromising her medical treatment and recovery.

13.

The damages sustained by Ms. West were caused by the following acts of commission and omission of Wal-Mart:

    a.    Failing to properly maintain a store in a safe manner for its patrons to be free from danger;

    b.    Failing to properly supervise and to manage its employees to prevent the creation of hazardous conditions;

    c.    Failing to properly train its employees to maintain a store that is free from any hazardous conditions and substances that damage patrons;

    d.    Failing to develop and to maintain a system of accountability in regard to addressing any chemicals or hazards in its store;

2

Certified True and Correct Copy
CertID: 2020072200225
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 7/22/2020 10:15 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

e. Failing to develop and to maintain a quality control system to document incidents affecting its patrons;

f. Failing to provide a safe environment for its patrons and to provide access to cleaning stations for patrons who have been damaged by the acts of Wal-Mart or its employees;

g. Failing to otherwise comply with applicable state laws and regulations;

h. Failing to exercise the degree of care required under the circumstances and

i. Any and all other acts that will be demonstrated during the discovery and trial of this matter.

14.

The aforesaid accident and the resulting damages were legally and proximately caused by the fault of the defendant, Jane Doe, including the following acts of commission and omission, among others, that will be shown at the trial hereof:

a. Breaching a legally imposed duty of care;

b. Creating an unreasonable risk of harm that was reasonably foreseeable;

c. Creating a condition and/or trap for the unwary;

d. Having actual and constructive notice of a dangerous substance and failing to prevent the dangerous situation;

e. Other acts of negligence to be shown at the trial of this matter.

15.

Ms. West has sustained damages that include, but are not limited to the following:

a. Eye damage

b. Scarring on her face

c. Past, present and future physical pain and suffering

d. Past, present and future mental pain and suffering

16.

The following acts of the defendants constitute negligence under Louisiana law.

17.

The defendants are liable under Louisiana Civil Code Articles 2315, 2317 and 2317.1.

3

Certified True and Correct Copy
CertID: 2020072200225
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date:
7/22/2020 10:15 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

18.

All court costs, assessments and the expert witness fees and costs incurred by Ms. West in this matter should be taxed as costs, and the defendants are liable for same.

WHEREFORE, plaintiff prays that due proceedings be had and there is judgment rendered in favor of the plaintiff, Linda West, and against the defendants, Wal-Mart Stores, Inc. and Jane Doe, for all damages as are reasonable in the premises together with legal interest from judicial demand until finally paid, for all costs of theses proceedings, and for such other and further legal and equitable relief as the Court shall deem necessary and proper.

Respectfully submitted,

Randy G. McKee, Esq. (#24552)
McKee Law Firm, L.L.C
1100 Poydras Street
Suite 1475
New Orleans, LA 70163
Telephone:   504.581.5902
Email:   rgmckee@mckeelawllc.com
**COUNSEL FOR LINDA WEST**

PLEASE SERVE:

Wal-Mart Stores, Inc.
through its agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

4



Certified True and Correct Copy
CertID: 2020072200225

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/22/2020 10:15 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).